IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KEVIN SIMPSON, | ) | |
| | ) | CIVIL NO. 2011/56 |
| Plaintiff, | ) | |
| | ) | ACTION FOR DAMAGES |
| v. | ) | |
| | ) | |
| BETTERROADS ASPHALT CORP., | ) | |
| | ) | <u>JURY TRIAL DEMANDED</u> |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

COMES NOW, defendant Betterroads Asphalt Corp., and hereby advises the Court that on this date it has served the original of its Voluntary Disclosures upon plaintiff by hand delivery c/o Thomas Alkon, Esq., Thomas Alkon, PC, 2115 Queen Street, Christiansted, St. Croix, U.S. Virgin Islands 00820.

WHEREFORE, it is respectfully requested that the Court be advised of the above.

Respectfully submitted,

Dated: September 28, 2011

<u>s/ Wilfredo A. Géigel,Esq.</u>
Law Offices of Wilfredo A. Géigel
Counsel for Betterroads Asphalt Corp.
PO Box 25749
Gallows Bay, St. Croix, VI 00824
Tel. 340-778-8069; fax 340-773-8524
<u>wageigel@islands.vi</u>
<u>ivy@gs-lawoffices.com</u>

Notice of Service Defendant's Voluntary Disclosures
Kevin Simpson v. Betterroads Asphalt Corp.
Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___28th___ day of September, 2011 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thomas Alkon
Thomas Alkon, PC
2115 Queen Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
balkon@alkonlaw.com                           Wilfredo A. Géigel, Esq.